# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00817-CV

## In re James F. McKinnon

### ORIGINAL PROCEEDING FROM GILLESPIE COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed a pleading entitled Original Proceedings on Petition for Writ of Mandamus. We construe the pleading as a petition for writ of mandamus. The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a); Tex. R. Civ. P. 18a.

_____

Melissa Goodwin, Justice

Before Chief Justice Rose, Justices Pemberton and Goodwin

Filed: December 7, 2017